Cite as 2024 Ark. App. 511

# ARKANSAS COURT OF APPEALS
## DIVISION III
### No. CR-23-815

| | |
|---|---|
| DARIUS TYSHAWN OTEY<br><br>APPELLANT<br><br>V.<br><br>STATE OF ARKANSAS<br><br>APPELLEE | **Opinion Delivered** October 23, 2024<br><br>APPEAL FROM THE PULASKI COUNTY CIRCUIT COURT, SEVENTH DIVISION<br>[NO. 60CR-22-2207]<br><br>HONORABLE KAREN D. WHATLEY, JUDGE<br><br>REMANDED TO SETTLE AND SUPPLEMENT THE RECORD |

**WENDY SCHOLTENS WOOD, Judge**

Darius Otey appeals the sentencing order of the Pulaski County Circuit Court convicting him of first-degree battery and sentencing him to ten years' imprisonment. On appeal, Otey argues that the circuit court erred in failing to grant a directed verdict on the basis of the State's failure to negate his justification defense. We remand to settle and supplement the record.

At the conclusion of Otey's trial, the court read from the verdict forms handed by the jury foreperson to the bailiff during both the guilt and sentencing phases. Arkansas Supreme Court Rule 3-4(c)(2) states that when there is a jury trial, the verdict forms shall be inserted into the record. *See also Ross v. State*, 2024 Ark. 70, at 1. Those forms, however, are not included in the record of the proceedings. In addition, the written jury instructions are also not included in the record. Therefore, we remand to settle and supplement the record with

the jury-verdict forms as well as the written jury instructions in accordance with Arkansas Rule of Appellate Procedure–Civil 6(a), made applicable through Arkansas Rule of Appellate Procedure–Criminal 4(a). Otey has thirty days from the date of this opinion to file a supplemental record with this court.

Remanded to settle and supplement the record.

KLAPPENBACH and THYER, JJ., agree.

*Jimmy C. Morris Jr.*, for appellant.

*Tim Griffin*, Att'y Gen., by: *A. Evangeline Bacon*, Ass't Att'y Gen., for appellee.